[No. 8651-4-II.   Division Two.   April 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHERRY DENISE DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00086-6, Robert L. Harris, J., entered March 11, 1985. *Dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 7654-7-III.   Division Three.   April 14, 1987.]

SPOKANE COUNTY, *Appellant*, v. THE UTILITIES AND TRANSPORTATION COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03629-2, Marcus M. Kelly, J., entered January 31, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J. Now published at 47 Wn. App. 827.

[No. 7545-1-III.   Division Three.   April 14, 1987.]

*In the Matter of the Marriage of* KATHLEEN ALEXANDER, *Respondent, and* ROBERT ALLEN OLNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 31850, Howard Hettinger, J., entered December 6, 1985. *Remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.